UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN and SERGEANTS BENEVOLENT ASSOCIATION HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN, INC. and PFIZER, INC.,<br><br>Defendant. | Civil Action No.: 1:12-cv-02237 |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: OCT 0 9 2012

## NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST AMGEN, INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, American Federation of State, County, and Municipal Employees District Council 37 Health & Security Plan and Sergeants Benevolent Association Health and Welfare Fund, hereby dismiss all claims in this action against Defendant Amgen, Inc. without costs to either side.

Respectfully submitted,

Dated: October 4, 2012

/s/ Thomas M. Sobol
Thomas M. Sobol
Lauren Guth Barnes
Kristen Johnson Parker
HAGENS BERMAN SOBOL SHAPIRO LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
Tel. (617) 482-3700
Fax. (617) 482-3003
tom@hbsslaw.com
lauren@hbsslaw.com
kristenjp@hbsslaw.com

Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Tel. (212) 752-5455
Fax. (917) 210-3980
jasonz@hbsslaw.com

SO ORDERED:

_____ 10/9/12
U.S.D.J.

Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
Tel. (206) 623-7292
Fax. (206) 623-0594
steve@hbsslaw.com
barb@hbsslaw.com

Kenneth A. Wexler
Dawn M. Goulet
Amy E. Keller
Bethany R. Turke
WEXLER WALLACE LLP
55 West Monroe St., Suite 3300
Chicago, IL 60603
Tel. (312) 346-2222
Fax. (312) 346-0022
kaw@wexlerwallace.com
dmg@wexlerwallace.com
aek@wexlerwallace.com
brt@wexlerwallace.com

Jeffrey L. Kodroff
SPECTOR ROSEMAN KODROFF & WILLIS PC
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax. (215) 496-6611
jkodroff@srkw-law.com

*Counsel for plaintiffs American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, Sergeants Benevolent Association Health and Welfare Fund, and the classes*

Audrey A. Browne
Acting Counsel
DC 37 HEALTH & SECURITY PLAN
125 Barclay Street, Room 313
New York, NY 10007
Tel. (212) 815-1304
Fax. (212) 815-1900
abrowne@dc37.net

*Counsel for plaintiff American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan*

## CERTIFICATE OF SERVICE

I, Lauren Guth Barnes, hereby certify that I am one of plaintiffs' attorneys and that on this date I caused plaintiffs' Notice of Voluntary Dismissal of Claims Against Amgen, Inc. to be served on all counsel of record in this proceeding via CM/ECF filing.

Dated: October 4, 2012                /s/ **Lauren Guth Barnes**
                                                    Lauren Guth Barnes