IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
AMERICAN FEDERATION OF STATE,                :   Case No. 1:12-cv-02237 JPO
COUNTY AND MUNICIPAL EMPLOYEES
DISTRICT COUNCIL 37 HEALTH & SECURITY    :   Honorable J. Paul Oetken
PLAN and SERGEANTS BENEVOLENT
ASSOCIATION HEALTH AND WELFARE           :
FUND,
                                              :

      Plaintiffs,           :

 - against -                                    :

PFIZER INC.,                                     :

      Defendant.            :
------------------------------------x

## DEFENDANT PFIZER INC.'S MOTION TO DISMISS

  Defendant Pfizer Inc. ("Pfizer") hereby moves to dismiss the First Amended Class Action Complaint ("Compl.") pursuant to Federal Rules of Civil Procedure 12(c) and 9(b) for failure to state a claim upon which relief may be granted and for failure to plead fraud with particularity. For the reasons set forth in the accompanying memorandum of law submitted with this motion, Pfizer respectfully asks that the Complaint be dismissed with prejudice.

Dated: New York, New York
    October 16, 2012      Respectfully submitted,

                By: /s/ Sheila L. Birnbaum
                Sheila L. Birnbaum
                Katherine Armstrong
                SKADDEN, ARPS, SLATE,
                  MEAGHER & FLOM LLP
                Four Times Square
                New York, NY 10036
                Tel.: (212) 735-2450
                Fax: (917) 777-2450
                Email: Sheila.Birnbaum@skadden.com
                Email: Katherine.Armstrong@skadden.com

John H. Beisner (admitted PHV)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Tel.: (202) 371-7000
Fax: (202) 393-5760
Email: John.Beisner@skadden.com

*Counsel for Defendant Pfizer Inc.*